IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DAVID JAWORSKI, SARAH KROTH, MAGGIE "MARS" ROBINSON, PATRICK ROMANO, | ) ) ) ) | |
| Plaintiffs, | ) ) | 23-cv-2240 |
| v. | ) ) | Honorable Nancy L. Maldonado |
| CITY OF CHICAGO, SGT. JAMES TRIANAFILLO, #264, LUIS LAURENZANA, #19637, DAVID FLOYD, #13262, LEONARD SHOSHI, #236, CHARLES FLASTER, #15498, and SUPERINTENTDENT BROWN | ) ) ) ) ) ) ) | Magistrate Jeffrey T. Gilbert |
| Defendants. | ) | |

**INITIAL STATUS REPORT FOR REASSIGNED CASE**

1. **Nature of the Case**

    a. **Attorneys of Record for each party:**

    **For Plaintiff**:

    Brad J. Thomson
    Ben H. Elson
    Janine L. Hoft
    Janis M. Susler
    Joey L. Mogul
    Hakeem Muhammad
    Nora P. Snyder
    People's Law Office
    1180 N. Milwaukee Ave.
    Chicago, IL 60642
    joeymogul@peopleslawoffice.com
    janinehoft@peopleslawoffice.com
    ben@peopleslawoffice.com

1

brad@peopleslawoffice.com
jsusler@peopleslawoffice.com
norasnyder@peopleslawoffice.com
hakeemmuhammad@peopleslawoffice.com


Vanessa del Valle
Roderick and Solange MacArthur Justice Center
Northwestern Pritzker School of Law
375 East Chicago Avenue
Chicago, IL 606611-3609
312-503-5932
vanessa.delvalle@law.northwestern.edu


Sheila A. Bedi
Community Justice and Civil Rights Clinic
Northwestern Pritzker School of Law
375 East Chicago Avenue
Chicago, IL 60611-3609
312-503-8576
sheila.bedi@law.northwestern.edu


**For Defendants Trianafillo, Flaster, Floyd, Lurenzana, and Shoshi ("Defendant Officers"):**

Steven Blair Borkan
Timothy P. Scahill
Emily Erin Schnidt
Whitney Newton Hutchinson
Christiane Elizabeth Murray
Special Assistant Corporation Counsel
Borkan & Scahill, Ltd.
20 South Clark Street, Suite 1700
Chicago, IL 60603
sborkan@borkanscahill.com
tscahill@borkanscahill.com
eschnidt@borkanscahill.com
whutchinson@borkanscahill.com
cmurray@borkanscahill.com

**For Defendant City of Chicago and Superintendent Brown:**

Allan T. Slagel
aslagel@taftlaw.com
TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker Drive, Suite 2800
Chicago, Illinois 60601
(312) 527-4000

b. Federal Jurisdiction is properly invoked pursuant to the Civil Rights Act, 42 § 1983, 28 U.S.C. § § 1331, and 1343. Supplemental jurisdiction is invoked pursuant to 28 U.S.C. § 1367. Diversity jurisdiction is not at issue in this case.

c. Plaintiffs have brought claims pursuant to 42 U.S.C. § 1983 for Excessive Force, Violation of the First Amendment, Violation of the Equal Protection Clause of the Fourteenth Amendment, Conspiracy to Deprive Plaintiff of Constitutional Rights, Unlawful Search and Seizure under the Fourth and Fourteenth Amendments, Failure to Intervene and Unlawful Policy and Practice. Additionally, Plaintiffs has brought state law claims for violations of the Illinois Constitution, assault, battery, conspiracy, *respondeat superior*, and indemnification pursuant to 735 ILCS 10/9-102. Defendants have not answered the Complaint but deny violating Plaintiffs' constitutional or state law rights.

d. Plaintiff seeks compensatory and punitive damages; reasonable attorneys' fees, costs, and expenses pursuant to 42 § 1988; and any further relief this Court may deem appropriate and just.

e. All defendants have been served.

2. **Discovery and Pending Motions**

    a. There are no motions currently pending.
    b. There is no discovery schedule set at this time.

    c. The parties conducted preliminary discovery in *Protesters in Support of Black Lives et al v. City of Chicago, et al*, 20-cv-6851, for the limited purposes of identifying previously unidentified defendants. This included production of video, documents, and limited interrogatories. The parties have not yet exchanged initial disclosures and the vast majority of discovery still needs to be completed, including written discovery and depositions of the parties, and expert discovery.

    d. There have not yet been any substantive rulings issued in the case.

    e. Defendants state that it is premature for them to evaluate what motions they intend to file until Plaintiffs file a complaint specific to this action. The complaint docketed at Docket Entry 2 is the original complaint (out of five total) that Plaintiffs filed in case number 20-cv-6851, along with dozens of additional individuals who are not participating in this lawsuit. Now that case number 20-cv-6851 has been severed into 15 new cases, most of the allegations in the complaint docketed at Docket Entry 2 have nothing to do with the claims raised by Plaintiffs Jaworski, Kroth, Robinson, and Romano. As such, Defendants respectfully request that this Court order Plaintiffs to file an amended complaint specific to their claims, as Chief Judge Pallmeyer and Judge Durkin have done in the protest-related cases they were reassigned after the Executive Committee's severance order. *See Fouche v. Grossklas*, No. 1:23-cv-2232 (Durkin, J.); *Crosby v. Rodriguez*, No. 1:23-cv-2236 (Pallmeyer, C.J.).

**3. <u>Trial</u>**

    a. Plaintiffs have demanded trial. Defendants will demand trial by jury.

    b. There is no trial date scheduled.

    c. The parties have not filed a pretrial order.

    d. The parties anticipate the trial to last approximately seven to ten days.

4. **Settlement, Referrals, and Consent**
    a. On February 3, 2021, Plaintiffs' counsel provided a settlement demand on behalf of Plaintiffs and all plaintiffs in *Protesters in Support of Black Lives v. City of Chicago*, 20-cv-6851. Plaintiffs' counsel intend to issue an updated demand on behalf of Plaintiffs.
    b. Prior to the severance of 20-cv-6851, discovery supervision was referred to Magistrate Judge Gilbert. Discovery supervision has not been referred to the Magistrate Judge specific to this matter and this case has not been referred to the Magistrate Judge for a settlement conference.
    c. The parties do not request a settlement conference at this time.
    d. The parties do not unanimously consent to proceeding before the Magistrate Judge.

5. **Other**
    a. Plaintiffs' claims were initially filed as part of *Protesters in Support of Black Lives v. City of Chicago*, 20-cv-6851, which included significantly more plaintiffs and defendants. Pursuant to Judge Coleman's order dated April 6, 2023, that matter was severed into fifteen separate cases, including this matter before the Court. While a limited amount of the preliminary discovery conducted in 20-cv-6851 served the purposes of identifying defendants in this matter, the parties have yet to conduct discovery specific to Plaintiffs' claims.

Date: April 28, 2023

/s/ Brad J. Thomson
Attorneys for Plaintiffs
Brad J. Thomson
Joey L. Mogul, Janine Hoft, Ben Elson
Jan Susler, Nora P. Snyder, Hakeem Muhammad
People's Law Office

5

        1180 N. Milwaukee Ave.
        Chicago, IL 60642
        773-235-0070
        joeymogul@peopleslawoffice.com
        janinehoft@peopleslawoffice.com
        ben@peopleslawoffice.com
        brad@peopleslawoffice.com
        jsusler@peopleslawoffice.com
        norasnyder@peopleslawoffice.com
        hakeemmuhammad@peopleslawoffice.com

        /s/ Emily E. Schnidt
        Emily E. Schnidt
        Special Assistant Corporation Counsel
        Borkan & Scahill, Ltd.
        20 South Clark Street, Suite 1700
        Chicago, IL 60603
        sborkan@borkanscahill.com
        tscahill@borkanscahill.com
        eschnidt@borkanscahill.com
        whutchinson@borkanscahill.com
        cmurray@borkanscahill.com