IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAVID JAWORSKI, SARAH KROTH, MAGGIE "MARS" ROBINSON, PATRICK ROMANO, ) ) ) ) | |
| Plaintiffs, ) ) | 23-cv-2240 |
| v. ) ) | Honorable Nancy L. Maldonado |
| CITY OF CHICAGO, SGT. JAMES TRIANAFILLO, #264, LUIS LAURENZANA, #19637, DAVID FLOYD, #13262, LEONARD SHOSHI, #236, CHARLES FLASTER, #15498, and SUPERINTENTDENT BROWN ) ) ) ) ) ) ) ) | Magistrate Jeffrey T. Gilbert |
| Defendants. ) | |

JOINT STATUS REPORT ON PROPOSED
CASE MANAGEMENT SCHEDULE

Defendants propose to bifurcate and stay *Monell* discovery in this case (and all other severed cases) pending resolution of Plaintiffs' claim against the individual defendant officers. Plaintiffs oppose any bifurcation and/or stay of *Monell* discovery in this case (and all other severed cases).

Plaintiffs propose the following discovery schedule for all discovery. Defendants propose the same discovery schedule for non-*Monell* discovery:

| Event | Deadline |
|---|---|
| Rule 26(a)(1) Disclosures | August 19, 2023 |
| Initial Discovery Responses | November 19, 2023 |

1

| Amendment to the pleadings | December 19, 2023 |
|---|---|
| Service of process on any "John Does"[1] | February 19, 2024 |
| Completion of Fact Discovery | June 28, 2024 |
| Disclosure of Plaintiff's Expert Report(s) | July 29, 2024 |
| Deposition of Plaintiff's Expert | August 28, 2024 |
| Disclosure of Defendant's Expert Report(s) | September 27, 2024 |
| Deposition of Defendant's Expert | October 28, 2024 |
| Dispositive Motions | December 13, 2024 |

Date: June 30, 2023

/s/ Brad J. Thomson
Attorneys for Plaintiffs
Brad J. Thomson
Joey L. Mogul, Janine Hoft, Ben Elson
Jan Susler, Nora P. Snyder, Hakeem Muhammad
People's Law Office
1180 N. Milwaukee Ave.
Chicago, IL 60642
773-235-0070
joeymogul@peopleslawoffice.com
janinehoft@peopleslawoffice.com
ben@peopleslawoffice.com
brad@peopleslawoffice.com
jsusler@peopleslawoffice.com

/s/ Andrew S. Murphy
Allan T. Slagel
John Francis Kennedy
Andrew Sean Murphy
Adam William Decker
Special Assistant Corporation Counsel

---

[1] Defendants contend that any claims against "John Doe" defendants are barred by the statute of limitations.

TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker Drive, Suite 2600
Chicago, Illinois 60601
(312) 527-4000

*Counsel for Defendants City of Chicago and Superintendent David Brown*

<u>/s/ Christiane Murray</u>
Steven Blair Borkan
Timothy P. Scahill
Whitney Newton Hutchinson
Christiane Murray
Emily Schnidt
Special Assistant Corporation Counsel
BORKAN & SCAHILL, LTD.
20 South Clark Street, Suite 1700
Chicago, IL 60603
(312) 580-1030

*Counsel for Defendant Officers*