**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **DAVID JAWORSKI, SARAH KROTH, MAGGIE "MARS" ROBINSON, and PATRICK ROMANO** | )<br>)<br>)<br>) |
| **Plaintiff,** | )<br>) |
| v. | )<br>) Case No.: 1:23-CV-02240 |
| City of Chicago, et al. | )<br>) Judge Nancy L. Maldonado<br>)<br>) Magistrate Judge: Jeffrey T. Gilber<br>) |
| **Defendants.** | ) |

**NOTICE OF FILING**

To:  Attorneys of Record

YOU ARE HEREBY NOTIFIED that on October 30th, 2023, there was filed with the Clerk of the United States District Court for the Northern District of Illinois, Appearance, a copy of which is attached hereto.

/s/ Kathryn E. Boyle
BORKAN & SCAHILL, LTD.

Steven B. Borkan (6193463)
Timothy P. Scahill (6287296)
BORKAN & SCAHILL, LTD.
Two First National Plaza
20 South Clark Street, Suite 1700
Chicago, Illinois 60603
(312) 580-1030

I certify that I served this Notice by electronically mailing a copy to each person to whom it is directed at the address above indicated by using the CM/ECF system on October 30th, 2023.

/s/ Kathryn E. Boyle
Kathryn E. Boyle
Special Assistant Corporation Counsel