# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

David Jaworski, et al.

                          Plaintiff,

v.                                          Case No.: 1:23−cv−02240
                                          Honorable Nancy L. Maldonado

James Trianafillo, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 3, 2023:

      MINUTE entry before the Honorable Nancy L. Maldonado: In light of the parties' report [38] that they initiated written discovery in mid−October 2023 and therefore have no live discovery disputes, the Court strikes the status hearing set for 11/7/23 and resets it for 12/12/23 at 10:00 a.m. in person in Courtroom 1925. By 12/5/23, the parties should file a further joint status report setting forth their progress on discovery, any disputes, and any other matters they wish to bring to the Court's attention. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.