# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

David Jaworski, et al.
                          Plaintiff,

v.                                          Case No.: 1:23−cv−02240
                                          Honorable Nancy L. Maldonado

James Trianafillo, et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 31, 2024:

      MINUTE entry before the Honorable Nancy L. Maldonado: Motion hearing held on 1/31/2024. For the reasons stated on the record, Defendants' motion to bifurcate and stay Monell discovery [61] is denied without prejudice to Defendants moving for a bifurcated trial at a later date. Plaintiffs' motion for entry of HIPAA and MHDDCA Protective order [47] is denied without prejudice. As discussed on the record, the parties should proceed with the compromise plan offered by Defendants for the parties to execute individual HIPAA releases as necessary. Plaintiffs' counsel indicated they plan to file a motion for leave to file an amended complaint adding the name of a Defendant officer, which Defendants plan to oppose based on the statute of limitations. As noted on the record, after Plaintiffs file any motion to amend, the parties should agree on a proposed briefing schedule and email the Courtroom Deputy. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.